**Order entered November 6, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-01356-CV

**STEVE HENSON, M.D., ET AL., Appellants**

**V.**

**GRUBER HURST JOHANSEN HAIL SHANK, LLP, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-00553**

## ORDER

We **GRANT** appellants' October 22, 2014 motion for an extension of time to file a notice of appeal. The notice of appeal filed with the trial court on October 22, 2014 is deemed timely for jurisdictional purposes.

/s/    ELIZABETH LANG-MIERS
         JUSTICE